## METROMEDIA, INC. *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL.

No. 212.   Decided October 18, 1965.

*Robert A. Dreyer* and *George A. Katz* for appellant.

*Simon H. Rifkind, Herman Finkelstein* and *Jay H. Topkis* for American Society of Composers, Authors & Publishers, and *Acting Solicitor General Spritzer, Assistant Attorney General Turner, Lionel Kestenbaum* and *I. Daniel Stewart, Jr.,* for the United States, appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.

## KASHARIAN ET AL. *v.* METROPOLITAN LIFE INSURANCE CO. ET AL.

No. 446, Misc.   Decided October 18, 1965.

Appellants *pro se.*

*Nicholas Conover English* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.